(137 So. 44)

## Sam SIMMONS v. STATE.

### 4 Div. 583.

Supreme Court of Alabama.
Oct. 15, 1931.

M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, J.

Petition of Sam Simmons for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Simmons v. State, 137 So. 43.

Without approving the statement of the Court of Appeals as to error without injury, and citation of Brewington v. State, 19 Ala. App. 409, 97 So. 763, the writ is denied.

ANDERSON, C. J., and BROWN and FOSTER, JJ., concur.